**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

IN RE:
WILLIAM EMIL COLLAZO MORENO        CASE NO.: 6:23-BK-03839-LVV
    Debtor(s)        CHAPTER: 13
_____/

**ORDER GRANTING JOINT MOTION TO VACATE ORDER GRANTING**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO**
**11 U.S.C. § 362 FILED BY MERCEDES-BENZ FINANCIAL SERVICES USA LLC**
**(2022 MERCEDES-BENZ GLC 300W)**

THIS CASE came on for consideration without a hearing on the Joint Motion to Vacate Order Granting Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 Filed by Mercedes-Benz Financial Services USA LLC (2022 Mercedes-Benz GLC 300W (Doc. 20). The Joint Motion included a representation that the movant obtained consent of the other party to the entry of a proposed order and attached a proposed order to the Motion. Having considered the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, the Court deems the Motion to be uncontested.

Accordingly it is **ORDERED:**

1. The Motion (Doc. 20) is **GRANTED.**

Attorney K. Hunter Goff is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of this order.